# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-00104** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JUAN MENDEZ-ESCOBAR** | : | |

## **ORDER**

AND NOW, this 22nd day of April, 2013, upon consideration of the motion (Doc. 43) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, filed by Juan Mendez-Escobar ("Mendez-Escobar"), and upon further consideration of the government's opposition (Doc. 50) to the motion, and it appearing that Mendez-Escobar entered a plea of guilty pursuant to a plea agreement (see Doc. 27), and that pursuant to the plea agreement, Mendez-Escobar waived his "right to challenge any conviction or sentence or the manner in which the sentence was determined in any collateral proceeding, including but not limited to a motion brought under Title 28, United States Code, Section 2255" (see id. ¶ 23), and the court finding that Mendez-Escobar's motion is barred by the terms of his plea agreement, it is hereby ORDERED that Juan Mendez-Escobar's motion (Doc. 43) to vacate, set aside, or correct sentence is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge